**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:

Orchard Development Group, Inc., Plaintiff

       v.

Trianon Properties, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Orchard Development Group, Inc., Plaintiff

```
FILED
MARCH 17, 2008                    YM
08CV1562
JUDGE KOCORAS
MAGISTRATE JUDGE ASHMAN
```

| | |
|---|---|
| NAME (Type or print) <br> Marvin N. Benn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marvin N. Benn/ | |
| FIRM <br> Much Shelist Denenberg Ament & Rubenstein, P.C. | |
| STREET ADDRESS <br> 191 N. Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00170615 | TELEPHONE NUMBER <br> (312) 321-2770 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐