IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ORCHARD DEVELOPMENT GROUP, INC., | ) | FILED |
| | ) | MARCH 17, 2008     YM |
| Plaintiff, | ) | 08CV1562 |
| | ) | JUDGE KOCORAS |
| v. | ) No. _____ | MAGISTRATE JUDGE ASHMAN |
| | ) | |
| TRIANON PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Plaintiff Orchard Development Group, Inc. states that it has no parent company and no publicly held corporation owns 5% or more of its stock.

Respectfully submitted,

By:

Dated: March 17, 2008

s/Marvin N. Benn/
MARVIN N. BENN
JAMES P. HANRATH.
MUCH SHELIST DENENBERG
 AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Phone: (312) 521-2000
Attorneys for Plaintiff