# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Orchard Development Group, Inc.

V.

Trianon Properties, Inc.

CASE NUMBER: **08 C 1562**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KOCORAS
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Trianon Properties, Inc.
745 12th Avenue South, Suite 100
Naples, FL 34102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marvin N. Benn
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JD # 157436
BB 6-5-08
3:25pm

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**March 17, 2008**
_____
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of ILLINOIS

Case Number: 08-C-1562

Plaintiff:
**ORCHARD DEVELOPMENT GROUP, INC.**

vs.

Defendant:
**TRIANON PROPERTIES, INC.**

For:
Marvin N. Benn
MUCH SHELIST DENENBERG AMENT & RUBENSTEI
191 N. Wacker Dr.
Ste. 1800
Chicago, IL  60606

Received by SOUTH FLORIDA LEGAL SERVICES OF NAPLES on the **3rd day of June, 2008** at **2:12 pm** to be served on **TRIANON PROPERTIES, INC., 745 12TH AV. S., STE. 100, NAPLES, FL 34102**.

I, PAM BRYANT, being duly sworn, depose and say that on the **5th day of June, 2008** at **3:25 pm, I**:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT** with the date and hour of service endorsed thereon by me to TAMMY WYATT as MANAGER of the within named corporation.

I am over the age of eighteen, and have no interest in the above action.

**PAM BRYANT**
Process Server

Subscribed and Sworn to before me on the 6th day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

SOUTH FLORIDA LEGAL SERVICES OF NAPLES
P.O. Box 2647
Ft. Myers, FL  33902-2647
(239) 332-7000

Our Job Serial Number: 2008035853


GAIL E. SWAYZE
MY COMMISSION # DD 609656
EXPIRES: September 14, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2j